UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

UNITED STATES OF AMERICA,      :
                               :
          -against-            :
                               :
MARVIN FORSYTHE,               :                    1:25-mj-2204-GHW
                               :
                  Defendant.   :                         ORDER
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        A proceeding in this matter will take place on December 5, 2025 at 12:00 p.m.  The

proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse,

New York, New York 10007.  The parties are directed to appear for the proceeding as scheduled

unless otherwise ordered by the Court.

        SO ORDERED.

Dated:  November 26, 2025

                                        _____
                                             GREGORY H. WOODS
                                            United States District Judge